| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF NEVADA | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ■ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13     ☐ Check if this an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy                                    12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | Your full name <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Justin** <br> First name <br><br> **Cardoun** <br> Middle name <br><br> **Smith** <br> Last name and Suffix (Sr., Jr., II, III) | **Jordan** <br> First name <br><br> **Leigh** <br> Middle name <br><br> **Bagsby** <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | All other names you have used in the last 8 years <br><br> Include your married or maiden names. | | |
| 3. | Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx-xx-2222 | xxx-xx-5975 |

Debtor 1   **Justin Cardoun Smith**
Debtor 2   **Jordan Leigh Bagsby**                                        Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | **9145 S Las Vegas Blvd #2071**<br>**Las Vegas, NV 89123**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **Justin Cardoun Smith**
Debtor 2  **Jordan Leigh Bagsby**                                          Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ☐ No.  Go to line 12.
- ■ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ■ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 3

Debtor 1  **Justin Cardoun Smith**
Debtor 2  **Jordan Leigh Bagsby**                                                    Case number *(if known)*

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

■ No.
☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property?  _____
Number, Street, City, State & Zip Code

Debtor 1  **Justin Cardoun Smith**
Debtor 2  **Jordan Leigh Bagsby**                                                         Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1   **Justin Cardoun Smith**
Debtor 2   **Jordan Leigh Bagsby**                                    Case number *(if known)*

| Part 6: | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

■ Yes. I am filing under Chapter 7.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Justin Cardoun Smith                                    /s/ Jordan Leigh Bagsby
**Justin Cardoun Smith**                                    **Jordan Leigh Bagsby**
Signature of Debtor 1                                       Signature of Debtor 2

Executed on   **March 17, 2016**                            Executed on   **March 17, 2016**
              MM / DD / YYYY                                              MM / DD / YYYY

Debtor 1   **Justin Cardoun Smith**
Debtor 2   **Jordan Leigh Bagsby**                                                        Case number *(if known)*

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

/s/ Seth Ballstaedt, Esq.                                Date   **March 17, 2016**
Signature of Attorney for Debtor                                MM / DD / YYYY

**Seth Ballstaedt, Esq.**
Printed name

**Ballstaedt Law**
Firm name

**9555 S Eastern Ave. Ste #210**
**Las Vegas, NV 89123**
Number, Street, City, State & ZIP Code

Contact phone  **(702) 715-0000**         Email address  **help@bkvegas.com**

**11516**
Bar number & State

Justin Cardoun Smith
Jordan Leigh Bagsby
9145 S Las Vegas Blvd #2071
Las Vegas, NV 89123

Seth Ballstaedt, Esq.
Ballstaedt Law
9555 S Eastern Ave. Ste #210
Las Vegas, NV 89123

Acceptance Now
Acct No xxxxxxxxxxxxxxxxxxxx0565
5501 Headquarters Dr
Plano, TX 75024

Account Liquidation Se
Acct No xxxxx87N1
304 W Water St
Decorah, IA 52101

Ad Astra Recovery Serv
Acct No xxx3015
7330 W 33rd St N Ste 118
Wichita, KS 67205

Afni, Inc.
Acct No xxxxxx4321
Po Box 3097
Bloomington, IL 61702

Armed Forces Bank N A
Acct No xxxxxxxxxx1210
Po Box 3400
Fort Leavenworth, KS 66027

Autostart
Acct No 4311
7619 Metcalf Avenu
Overland Park, KS 66204

Central States Recover
Acct No xxx4760
1314 N Main St
Hutchinson, KS 67501

Central States Recover
Acct No xxx8411
1314 N Main St
Hutchinson, KS 67501

Chris Fin
Acct No 2222
6045 Martway Suite 109
Mission, KS 66202

```
Clark County Assessor
C/O Bankruptcy Clerk
500 S. Grand Central Parkway
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx0206
Po Box 9635
Wilkes Barre, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx0910
Po Box 9635
Wilkes Barre, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx0817
Po Box 9635
Wilkes Barre, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx0114
Po Box 9635
Wilkes Barre, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx0914
Po Box 9635
Wilkes Barre, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx0108
Po Box 9635
Wilkes Barre, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxxxxxxxx1106
Po Box 9635
Wilkes Barre, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx0206
Po Box 9635
Wilkes Barre, PA 18773
```

Case 16-11369-led    Doc 1    Entered 03/17/16 05:24:15    Page 9 of 16

```
Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx0910
Po Box 9635
Wilkes Barre, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx0114
Po Box 9635
Wilkes Barre, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx0817
Po Box 9635
Wilkes Barre, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx0914
Po Box 9635
Wilkes Barre, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxxxxxxxx1106
Po Box 9635
Wilkes Barre, PA 18773

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Elite Financ
Acct No xx4574
P.O. Box 18508
Kansas City, MO 64133

Enhanced Recovery Co L
Acct No xxxx3747
8014 Bayberry Rd
Jacksonville, FL 32256

Enhanced Recovery Co L
Acct No xxxx4183
8014 Bayberry Rd
Jacksonville, FL 32256

Executive Financial
Acct No xxx4809
310 Armour Rd.
N. Kansas City, MO 64116-3541

First Premier Bank
Acct No xxxxxxxxxxx4826
601 S Minnesota Ave
Sioux Falls, SD 57104
```

Fncl Corp Of America
Acct No xxxx0495
12515 Research Blvd S-10
Austin, TX 78759

Fncl Corp Of America
Acct No xxxx6191
12515 Research Blvd S-10
Austin, TX 78759

Harris
Acct No xxxx3601
111 West Jackson B Suite 400
Chicago, IL 60604

Hlsnevada
Acct No xxxxxxxxx7728
6767 W Tropicana A Suite 100
Las Vegas, NV 89103

I C System Inc
Acct No xxxxxxx6001
Po Box 64378
Saint Paul, MN 55164

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kansas Counselors Inc
Acct No xxxxxxxxxxxx2307
Po Box 14765
Shawnee Mission, KS 66285

Kansas Counselors Inc
Acct No xxxxxxxxxxxx3012
Po Box 14765
Shawnee Mission, KS 66285

Kansas Counselors Inc
Acct No xxxxxxxxxxxx7652
Po Box 14765
Shawnee Mission, KS 66285

Kansas Counselors Inc
Acct No xxxxxxxxxxxx0171
Po Box 14765
Shawnee Mission, KS 66285

Kansas Counselors Inc
Acct No xxxxxxxxxxxx0747
Po Box 14765
Shawnee Mission, KS 66285

```
LR 2002 & Fed Rules 5003 notice address


Mark A. Kahrs, MoBar #61328
Acct No 1316-CV27349
Kahrs Law Offices, P.A.
PO Box 780487
Wichita, KS 67278

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
100 Cambridge Street, 7th Floor
Boston, MA 02114-9564

Master Fin
Acct No 1722
3805-D N Oak Traff
Kansas City, MO 64116

Mid American Credit Un
Acct No xxx5101
8404 W Kellogg Dr
Wichita, KS 67209

Navient
Acct No xxxxxxxxxxxx4146
Po Box 9655
Wilkes Barre, PA 18773

Navient
Acct No xxxxxxxxxxxxxxxxx0205
Po Box 9500
Wilkes Barre, PA 18773

Navient
Acct No xxxxxxxxxxxxxxxxx1210
Po Box 9500
Wilkes Barre, PA 18773

Navient
Acct No xxxxxxxxxxxxxxxxx0203
Po Box 9500
Wilkes Barre, PA 18773

Navient
Acct No xxxxxxxxxxxxxxxxx1210
Po Box 9500
Wilkes Barre, PA 18773

Navient
Acct No xxxxxxxxxxxxxxxxx0203
Po Box 9500
Wilkes Barre, PA 18773
```

```
Navient
Acct No xxxxxxxxxxxxxxxxxx0711
Po Box 9500
Wilkes Barre, PA 18773

Navient
Acct No xxxxxxxxxxxxxxxxxx0711
Po Box 9500
Wilkes Barre, PA 18773

Nevada Dept. of Taxations, Bankruptcy
555 E Washington Ave, #1300
Las Vegas, NV 89101

Payliance
Acct No xxxx0390
3 Easton Oval Suite 210
Columbus, OH 43219

Payliance
Acct No xxxx0580
3 Easton Oval Suite 210
Columbus, OH 43219

Payliance
Acct No xxxx0246
3 Easton Oval Suite 210
Columbus, OH 43219

Payliance
Acct No xxxx1466
3 Easton Oval Suite 210
Columbus, OH 43219

Payliance
Acct No xxxx7680
3 Easton Oval Suite 210
Columbus, OH 43219

Payliance
Acct No xxxx9634
3 Easton Oval Suite 210
Columbus, OH 43219

Payliance
Acct No xxxx1764
3 Easton Oval Suite 210
Columbus, OH 43219

Pinnacle Credit Servic
Acct No xxx7523
Po Box 640
Hopkins, MN 55343
```

```
Pinnacle Credit Servic
Acct No xxx8093
Po Box 640
Hopkins, MN 55343

Security Check
Acct No xxxx2119
1733 University Ave,Suite #4
Oxford, MS 38655

Security Check
Acct No xxxx1593
1733 University Ave,Suite #4
Oxford, MS 38655

Security Check
Acct No xxxx8911
1733 University Ave,Suite #4
Oxford, MS 38655

Security Check
Acct No xxxx8774
1733 University Ave,Suite #4
Oxford, MS 38655

Security Check
Acct No xxxx0052
1733 University Ave,Suite #4
Oxford, MS 38655

Security Check
Acct No xxxx2842
1733 University Ave,Suite #4
Oxford, MS 38655

Security Check
Acct No xxxx6239
1733 University Ave,Suite #4
Oxford, MS 38655

Security Fin
Acct No xxxxx1034
C/O Security Finan Pob 3146
Spartanburg, SC 29304

Slm Financial Corp
Acct No xxxxxxxxxxxxxxxxxx0914
11100 Usa Pkwy
Fishers, IN 46037

Slm Financial Corp
Acct No xxxxxxxxxxxxxxxxxx0914
11100 Usa Pkwy
Fishers, IN 46037
```

```
Slm Financial Corp
Acct No xxxxxxxxxxxxxxxxxx0108
11100 Usa Pkwy
Fishers, IN 46037

Social Security Administration
Office of Regional Chief Counsel, Reg IX
160 Spear Street, Suite 800
San Francisco, CA 94105-1545

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Unique National Collec
Acct No xxxx7410
119 E Maple St
Jeffersonville, IN 47130

Unique Ntl C
Acct No xxxx1393
119 E. Maple Stree
Jeffersonville, IN 47130

Unique Ntl C
Acct No xxx9567
119 E. Maple Stree
Jeffersonville, IN 47130

United Auto Credit Co
Acct No xxxxxxxxxxxx0001
1071 Camelback St Ste 10
Newport Beach, CA 92660

United Revenue Corp
Acct No xxx1609
204 Billings St Ste 120
Arlington, TX 76010

United Revenue Corp
Acct No xxx2808
204 Billings St Ste 120
Arlington, TX 76010

United Revenue Corp
Acct No xxx9214
204 Billings St Ste 120
Arlington, TX 76010

United Revenue Corp
Acct No xxx6295
204 Billings St Ste 120
Arlington, TX 76010
```

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Universal Acceptance C
Acct No xx8364
10801 Red Circle Dr
Minnetonka, MN 55343

University Of Phoenix
Acct No xxxxxx7737
4615 E Elwood St Fl 3
Phoenix, AZ 85040

Usa Funds
Acct No xxxxxxx0795
Pob 9460 Mc E2142 C/O Sallie Mae
Wilkes Barre, PA 18773

Usa Funds
Acct No xxxxxxx0795
Pob 9460 Mc E2142 C/O Sallie Mae
Wilkes Barre, PA 18773